**Order entered October 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00612-CV

### RICHARD DEAGUERO, Appellant

### V.

### VINCE FUDZIE, INDIVIDUALLY AND TMV, LLC D/B/A TRIUNE, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11305**

## ORDER

The clerk's record in this case is overdue. By postcard dated August 13, 2015, we notified the district clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. No response or request for an extension has been received from the clerk.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file the clerk's record within **TEN DAYS** of the date of this order. We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County District Clerk Felicia Pitre by electronic transmission.

/s/     CRAIG STODDART
        JUSTICE